**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Richard David DEGOUT, Defendant–Appellant.**

No. 01–7588.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 13, 2001.

Decided Dec. 26, 2001.

Richard David Degout, pro se. Jean Barrett Hudson, Office of the United States Attorney, Charlottesville, Virginia, for Appellee.

Before NIEMEYER, DIANA GRIBBON MOTZ, and KING, Circuit Judges.

PER CURIAM.

Richard David Degout seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Degout*, Nos. CR–94–8; CA–99–844–7 (W.D.Va. Aug. 9, 2001). We deny Appellant's request for appointment of counsel. We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*